

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2021

No. 04-21-00440-CV

**IN THE INTEREST OF E.A.T. JR. AND E.A.T.,** Children,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01457
The Honorable Kimberly Burley, Judge Presiding

# O R D E R

The trial court signed a final appealable order on September 18, 2021. Because this is an accelerated appeal, the notice of appeal was due by October 8, 2021. *See* Tex. R. App. P. 26.1(b). A motion for extension of time to file the notice of appeal was due by October 25, 2021. *See* Tex. R. App. P. 26.3. Appellant filed his notice of appeal on October 11, 2021—within the time allowed for filing a motion for extension of time to file the notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id*.

Because the notice of appeal was untimely filed but within the fifteen-day grace period, we **ORDER** appellant to file a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner **by November 5, 2021**. If appellant fails to respond within the time provided, the appeal will be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2021.

MICHAEL A. CRUZ, Clerk of Court